**Elder Deforrorrora LOCUST, Plaintiff–Appellant,**

v.

**Molly BURNS; Chesapeake Social Services, Defendants–Appellees.**

No. 00–2436.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 22, 2001.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Elder Deforrorrora Locust appeals the district court's order denying his motion to proceed in forma pauperis. We have reviewed the record and the district court's

opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Locust v. Burns,* No. MC–00–46 (E.D.Va. Oct. 30, 2000). We deny Locust's motion for the bar numbers of all judges on this court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*